**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brian STEPP, Defendant–Appellant.**

**No. 01–8060.**

United States Court of Appeals, Fourth Circuit.

Submitted May 23, 2002.

Decided June 17, 2002.

Brian Stepp, Appellant Pro Se. Michael Lee Keller, John Castle Parr, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Stepp seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.* Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Stepp*, Nos. CR–99–24; CA–00–862–2 (S.D.W.Va. Oct. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Stepp seeks to raise an issue not presented to the district court. We will not consider this issue as it is raised for the first time on appeal. *See Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993).